Ellis TRICE, Plaintiff–Appellant

v.

Donald EVERSOLE, Detective, Van Buren Sheriff's Department; Patti Bonewell, Detective Crawford County Sheriff's Office, Defendants–Appellees.

No. 12–3566.

United States Court of Appeals, Eighth Circuit.

Submitted: March 7, 2013.

Filed: March 8, 2013.

Ellis Trice, Dermott, AR, pro se.

Michael Allen Mosley, Arkansas Municipal League, North Little Rock, AR, Clyde Burt Newell, Nicholas Rudolph Windle, Bachelor & Newell, Hot Springs, AR, for Defendants–Appellees.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arkansas inmate Ellis Trice appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Trice's pro se appellate filings are to be liberally construed, see *Earl v. Fabian,* 556 F.3d 717, 723 (8th Cir.2009), but we deem his failure to assert in his brief any grounds for reversal of the district court's

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.

grant of summary judgment to be a waiver of any related issues on appeal, *see Harris v. Folk Constr. Co.*, 138 F.3d 365, 366 n. 1 (8th Cir.1998). The judgment of the district court is affirmed, *see* 8th Cir. R. 47B, and Trice's two pending motion are denied.